FILED
MAY 0 9 2023 KC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

May 9, 2023

UNITED STATES OF AMERICA

v.

NICOLAS TREMINO

1:23-cr-00288
Judge John F. Kness
Magistrate Judge Sunil R. Harjani

Violation: Title 18, United States Code, Section 922(g)(1)

### UNDER SEAL

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about December 5, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

NICOLAS TREMINO,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock 17 semi-automatic handgun, bearing serial number BTBH650, with an attached conversion device, also known as an "auto sear" and "Glock switch," which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to a loaded Glock 17 semi-automatic handgun, bearing serial number BTBH650, with an attached conversion device, also known as an "auto sear" and "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
ACTING UNITED STATES ATTORNEY